*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 12/7/2016



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-07341 |
| | ) | Chapter 13 |
| Susan Claire Gilmore | ) | Judge Randal S. Mashburn |
| XXX-XX-0836 | ) | |
| | ) | |
| Debtor | | |

**AGREED ORDER GRANTING EXPEDITED MOTION TO UTILIZE INSURANCE PROCEEDS**

This cause came to be heard on the 30th day of November, 2016. Based on the signature of counsel and the Chapter 13 Trustee, Henry Hildebrand, below:

IT IS ORDERED that The Debtor shall be allowed to use insurance proceeds issued as a result of an automobile accident in which the Debtor's 2015 Nissan Versa was deemed to be a total loss to purchase substitute collateral, which must first be approved by Insolve Auto Funding, LLC.

IT IS FURTHER ORDERED, that USAA release the funds for claim number 1048181884-1, in the amount of $10,133.36 to the Debtor for use in purchasing substitute collateral, with any additional amount to be paid by the Debtor.

IT IS FURTHER ORDERED, that any excess proceeds not utilized for the purchase of the replacement vehicle shall be remitted to the Trustee.

IT IS FURTHER ORDERED, that the creditor, Insolve Auto Funding, LLC will be noted on the Certificate of Title as the first lienholder on the substitute collateral purchased by the Debtor.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

/s/John Maher
JOHN MAHER
Attorney for Debtor
127 South Third Street
Clarksville, TN 37040
(931) 645-9900 *Telephone*
(931) 920-3300 *Fax*
john.maher.bk@gmail.com

/s/ Henry E. Hildebrand, III

/s/
Henry Hildrebrand III
Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203
(615) 244-1101 *Telephone*
(615)-242-3241 *Fax*
pleadings@ch13nsh.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.